354

(No. 75-CC-678—

DESAULNIERS & COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed February 28, 1975.*

DESAULNIERS AND COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6481—

INEZ BROWN AND AMAZON PAYTON, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed March 3, 1975.*

INEZ BROWN AND AMAZON PAYTON, Claimants, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.